# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. TRAVIS LANIER                              Docket No. 3:02CR00298(RNC)

**FILED**
2004 DEC -1 A 9: 25
U.S. DISTRICT COURT
HARTFORD CT

## PETITION ON PROBATION AND SUPERVISED RELEASE

   **COMES NOW** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Travis Lanier who was sentenced to 24 months imprisonment for Distribution of Cocaine Base in violation of 21 U.S.C. §841 by the Honorable Ernest C. Torres, United Stated District Judge, sitting in the court at Providence, Rhode Island on September 15, 2000, who fixed the period of supervision at 3 years which commenced on July 31, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) For every week the defendant is not employed on a full-time basis, the defendant shall perform 25 hours of community service; 2)The defendant shall participate in a program of substance abuse treatment and counseling to be determined by the U.S. Probation Department. Mr. Lanier began his term of supervised release on July 31, 2002. On October 3, 2002, jurisdiction of this case was transferred to the District of Connecticut and assigned to the Honorable Robert N. Chatigny.

On May 5, 2004, the offender appeared in U.S. District Court, and admitted that he had violated the mandatory conditions of supervised release by engaging in conduct resulting in new criminal convictions. The Court found that the offender had violated the conditions of supervised release and ordered his term of supervised release restored. The Court also ordered a special condition prohibiting the offender from consuming alcoholic beverages. On May 31, 2004, the offender was released from the Connecticut Department of Correction after completing a 25 month sentence for Violation of Probation, for which he was sentenced in Norwich Superior Court on August 11, 2003.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following condition of supervised release:

**Charge No. 1 -Condition Violated**
Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report with in the first five days of each month."

The offender has not reported to the Probation Office since August 31, 2004. Mr. Lanier failed to report to the Probation Office as directed on the following dates: July 16, 27, September 28, October 5, and 26, 2004. At the present time Mr. Lanier's whereabouts are unknown and he is considered an absconder.

   **PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this ___1st___ day of December, 2004 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

_Deborah S. Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place __Hartford, CT__
Date __12/1/04__

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this ___1st___ day of December, 2004, Senior U.S. Probation Officer Deborah Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge