```
                   UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :
                              :
                              :
V.                            :    CASE NO. 3:02CR298(RNC)
                              :
TRAVIS LANIER                 :
```

ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On September 15, 2000, the defendant was sentenced by the United States District Court for the District of Rhode Island to a term of imprisonment of 24 months to be followed by a term of supervised release of three years for distribution of cocaine. On October 21, 2001, jurisdiction was transferred to this District.

At hearings held on October 15, 2003, and May 5, 2004, the defendant admitted that he had violated a mandatory condition of his supervised release by engaging in criminal conduct resulting in convictions for larceny and breach of peace.

At a hearing held on December 13, 2004, the defendant admitted that he had violated a standard condition of his supervised release by failing to report to the Probation Office as directed.

Based on the entire record, and the admission of the defendant, the court finds that the defendant has violated a standard condition of his supervised release.

Accordingly, it is hereby ordered that the defendant's term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of six months. The

Court recommends to the Bureau of Prisons that the defendant be designated to serve his term of incarceration at a facility as close to Connecticut as possible.

    So ordered.

    Dated at Hartford, Connecticut this ____ day of December 2004.

                                              _____/s/RNC_____
                                                    Robert N. Chatigny
                                             United States District Judge