PROB 19
(Rev. 1/82)

# United States District Court

for

**DISTRICT OF CONNECTICUT**

U.S.A. vs Travis Lanier                                       Docket No. 0205-3:02CR00029-001

TO:¹    any United States Marshal                                              SRU

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT<br>Travis Lanier | SEX<br>male | RACE<br>black | AGE<br>24 |
|---|---|---|---|

ADDRESS (STREET, CITY, STATE)
Walker Correctional - 1151 East St. S. Suffield, CT

| SENTENCE IMPOSED BY (NAME OF COURT)<br>Rhode Island | DATE IMPOSED<br>9/15/00 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Hartford, CT

| CLERK<br>Kevin Rowe | (BY) DEPUTY/CLERK<br>*[signature]* | DATE<br>12/1/04 |
|---|---|---|

## RETURN

| Warrant received and executed | DATE RECEIVED<br>12/1/04 | DATE EXECUTED<br>12/09/04 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
Norwich, CT

| NAME<br>DUSM Drew Tingley | (BY)<br>David P. Amann J.A. | DATE<br>12/9/04 |
|---|---|---|

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FILED
2005 FEB 17 A 11:25
U.S. DISTRICT COURT
NEW HAVEN CT